THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Paul "Yoshi" Moore

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>PAUL "YOSHI" MOORE,<br><br>           Defendant | Case No.: 2:10-CR-00458-EJG<br><br>STIPULATION AND ORDER TO CONTINUE HEARING<br><br>Date:   January 28th, 2011<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for December 17th, 2010 at 10:00 a.m. is continued to January 28th, 2011 at 10:00 a.m.in the same courtroom. Laurel White, Assistant United States Attorney, Olaf Hedberg, Co-Defendant, Kevin Hawkins' attorney, and Thomas A. Johnson, Defendant's attorney, are requesting such continuance in order to continue review of discovery and preparation of counsel.

It is further stipulated that the period from the date of this stipulation through and including January 28th, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local T4 (reasonable time for preparation of counsel).

**IT IS SO STIPULATED.**

DATED:  December 15, 2010                    By:    /s/  Thomas A. Johnson
                                                                            THOMAS A. JOHNSON
                                                                            Attorney for Defendant
                                                                            PAUL "YOSHI" MOORE

1  ///

2

3  DATED: December 15, 2010				By:	/s/   Olaf Hedberg
							OLAF HEDBERG
4							Attorney for Co-Defendant
							KEVIN HAWKINS
5

6

7  DATED: December 15, 2010					BENJAMIN WAGNER
							United States Attorney
8
						By:	/s/   Laurel White
							LAUREL WHITE
9							Assistant U.S. Attorney

10

11

12 **IT IS SO ORDERED.**

13 Dated: December  16, 2010

14

15

16					/s/ Edward J. Garcia
					HON. EDWARD J. GARCIA
17					U.S. District Court Judge