BENJAMIN B. WAGNER
United States Attorney
LAUREL D. WHITE
Exec. Asst. U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-00458-EJG |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| PAUL "Yoshi" MOORE, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Paul Moore, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 1594(d)(1), defendant Paul Moore's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    (a) Dell Inspiron Laptop, SN 1CHTW71 and battery and powercord;
    (b) Toshiba, Prtage 3500 Laptop, SC 73138552PU with battery and powercord;
    (c) SONY Clie, SN 29031930-300253;
    (d) Sony DSLR A100K w/accessories SN S01-0742861-E;
    (e) Canon EDS Camera w/accessories, SN 2360505407;
    (f) HP CPU Media Center PC M7000, SN MXK527108N w/powercords, keyboards, and monitor;
    (g) Sony Memory Stick;

```
        (h)  Sandisk Cruzer Drive;
        (i)  Sandisk Flash Cards;
        (j)  Motorola Flash Drive;
        (k)  Kingston Flash Drive;
        (l)  Guration Flash Drive;
        (m)  Sprint Aircard, SN x272296075410;
        (n)  D-Link PC Card, SN RE1A069487;
        (o)  24 computer disks;
        (p)  Dell Inspirion Laptop, SN TWO4E641-128000-22L-0888
             w/powercord;
        (q)  HP Vectra CPU, SN VS02508140, w/powercord;
        (r)  HP Pavilion CPU, 5040, SN US61002124, w/powercord,
             keyboard and monitor;
        (s)  Compaq laptop, SN 1V27KQF2646F;
        (t)  Dell Laptop with powercord, SN DS/N CN-C4P240-
             488155-296-0541;
        (u)  Dell laptop with powercord, #99050, PIN #6274;
        (v)  Dell Inspiron laptop, #80045-558-771-855;
        (w)  I-Pod with charger, SN 2CD5230KY1; and
        (x)  Tripods, Monopods, and photolamps.
```

2.  The above-listed property constitutes property used or intended to be used to commit or to facilitate the commission of violations of 18 U.S.C. § 1591(a)(1).

3.  Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4.  a.  Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of

1  forfeiture as a substitute for published notice as to those persons
2  so notified.
3      b.  This notice shall state that any person, other than
4  the defendant, asserting a legal interest in the above-listed
5  property, must file a petition with the Court within sixty (60)
6  days from the first day of publication of the Notice of Forfeiture
7  posted on the official government forfeiture site, or within thirty
8  (30) days from receipt of direct written notice, whichever is
9  earlier.
10    5.  If a petition is timely filed, upon adjudication of all
11  third-party interests, if any, this Court will enter a Final Order
12  of Forfeiture pursuant to 18 U.S.C. § 1594(d)(1), in which all
13  interests will be addressed.
14    SO ORDERED this <u>27th</u> day of <u>July</u>, 2011.

16      /s/ Edward J. Garcia
    EDWARD J. GARCIA
17      United States District Judge