UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM


FILED
SEP 21 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: **Paul MOORE**
Docket Number:   2:10CR00458-01
**CONTINUANCE OF JUDGMENT
AND SENTENCING**

c/EJG

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from September 23, 2011 to January 27, 2011 at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Due to the complexity of the case and another defendant pending trial a continuance is requested.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

*Lynda M Moore*
Lynda M. Moore
United States Probation Officer

REVIEWED BY:   *Jeffrey C Oestreicher*
Jeffrey C. Oestreicher
**Supervising United States Probation Officer**

Dated:   09/19/2011
         Sacramento, California
         LMM/tau

Attachment

**RE:   Paul MOORE**
    **Docket Number:   2:10CR00458-01**
    **CONTINUANCE OF JUDGMENT AND SENTENCING**


cc:    Clerk, United States District Court
    United States Attorney's Office
    United States Marshal's Office
    Federal Defender (If defense counsel is court-appointed)
    Probation Office Calendar clerk


✓ **Approved**                            _____   9/20/11
                                            **EDWARD J. GARCIA**
                                            **Senior United States District Judge**         **Date**

___ **Disapproved**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number: 2:10CR00458-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| PAUL MOORE | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 01/27/2012 at 10:00 am |
| Reply, or Statement of Non-Opposition: | 01/20/2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 01/13/2012 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 01/06/2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 12/30/2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 12/16/2011 |