```
 1  THOMAS A. JOHNSON, #119203
    400 Capitol Mall, Suite 1620
 2  Sacramento, California  95814
    Telephone:  (916) 422-4022
 3  Attorney for Defendant Paul "Yoshi" Moore
 4
 5              IN THE UNITED STATES DISTRICT COURT
 6             FOR THE EASTERN DISTRICT OF CALIFORNIA
 7
 8  UNITED STATES OF AMERICA,          )  Case No.: 2:10-CR-00458-EJG
                                       )
 9              Plaintiff,             )  STIPULATION AND ORDER TO
                                       )  CONTINUE JUDGMENT AND
10       vs.                           )  SENTENCING
                                       )
11  PAUL "YOSHI" MOORE,                )  Date:  May 25, 2012
                                       )  Time:  10:00 a.m.
12              Defendant              )  Judge: Hon. Edward J. Garcia
                                       )
13
```

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for January 27, 2012 at 10:00 a.m. is continued to May 25, 2012 at 10:00 a.m.in the same courtroom.  Laurel D. White, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to the continuance.

**IT IS SO STIPULATED.**

DATED: January 24, 2012          By:   /s/  Thomas A. Johnson
                                       THOMAS A. JOHNSON
                                       Attorney for Defendant
                                       PAUL "YOSHI" MOORE


DATED: January 24, 2012                BENJAMIN WAGNER
                                       United States Attorney

                                 By:   /s/ Thomas A. Johnson for
                                       LAUREL D. WHITE
                                       Assistant U.S. Attorney

STIPULATION AND ORDER          - 1 -

**IT IS SO ORDERED.**

Dated: January 24, 2012                                    /s/ Edward J. Garcia

                                                               HON. EDWARD J. GARCIA
                                                                 U.S. District Court Judge