THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Paul "Yoshi" Moore

**FILED**

MAY 18 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PAUL "YOSHI" MOORE,<br><br>　　　　　Defendant | Case No.: 2:10-CR-00458-EJG<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>Date:　October 26, 2012<br>Time:　10:00 a.m.<br>Judge:　Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for May 25, 2012, at 10:00 a.m. is continued to October 26, 2012, at 10:00 a.m. in the same courtroom. The continuance is requested because the Probation Officer requested additional time to complete the Pre-Sentence Report. Laurel White, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to this continuance.

**IT IS SO STIPULATED.**

DATED: May 17, 2012　　　　　　　By:　/s/ Thomas A. Johnson
　　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　Paul Moore

DATED: May 17, 2012　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　By:　/s/ Thomas A. Johnson for
　　　　　　　　　　　　　　　　　　　　Laurel White
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: 5/18/12

_____
HON. EDWARD J. GARCIA
U.S. District Court Judge