THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone: (916) 422-4022
Attorney for Defendant Paul "Yoshi" Moore

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>PAUL "YOSHI" MOORE,<br><br>   Defendant | Case No.: 2:10-CR-00458-WBS<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>Date:  October 21, 2013<br>Time:  9:30 a.m.<br>Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for July 22, 2013, at 9:30 a.m. is continued to October 21, 2013, at 9:30 a.m. in the same courtroom.  The continuance is requested because the co-defendant is being re-tried and Defendant needs to be sentenced after the trial is completed.  Kyle Reardon, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to this continuance.

**IT IS SO STIPULATED.**

DATED: June 3, 2013                By:    /s/ Thomas A. Johnson
                                          THOMAS A. JOHNSON
                                          Attorney for Defendant
                                          Paul Moore

DATED: June 3, 2013                       BENJAMIN B. WAGNER
                                          United States Attorney

                                   By:    /s/ Thomas A. Johnson for
                                          Kyle Reardon
                                          Assistant United States Attorney

1  **IT IS SO ORDERED.**
2  Dated:  June 4, 2013

3  _____
   WILLIAM B. SHUBB
4  UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28              IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>vs.<br>PAUL "YOSHI" MOORE,<br>        Defendant | Case No.: 2:10-CR-00458-WBS<br>AMENDED PSR SCHEDULE<br>Date:   October 21, 2013<br>Time:   9:30 a.m.<br>Judge:  Hon. William B. Shubb |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Judgment and Sentencing date: | October 21, 2013 |
| Reply or Statement | October 14, 2013 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | October 7, 2013 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | September 30, 2013 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | September 23, 2013 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | September 16, 2013 |