THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Paul "Yoshi" Moore

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PAUL "YOSHI" MOORE,<br><br>　　　　Defendant | Case No.: 2:10-CR-00458-WBS<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for December 23, 2013, at 9:30 a.m. is continued to February 3, 2014, at 9:30 a.m. in the same courtroom.  A continuance is requested because the parties recently received the draft Pre-Sentence Report and need additional time to prepare for sentencing.  Todd Pickles, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to this continuance.

**IT IS SO STIPULATED.**

DATED: December 19, 2013	By:	/s/ Thomas A. Johnson
				THOMAS A. JOHNSON
				Attorney for Defendant
				Paul Moore

DATED: December 19, 2013		BENJAMIN B. WAGNER
				United States Attorney

			By:	/s/ Thomas A. Johnson for
				Todd Pickles
				Assistant United States Attorney

1   **IT IS SO ORDERED.**

2   Dated:  December 19, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

28  IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )   Case No.: 2:10-CR-00458-WBS
                            )
         Plaintiff,         )   AMENDED PSR SCHEDULE
                            )
    vs.                     )
PAUL "YOSHI" MOORE,         )
                            )
         Defendant          )

| | |
|---|---|
| Judgment and Sentencing date: | February 3, 2014 |
| Reply or Statement | January 27, 2014 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | January 20, 2014 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | January 13, 2014 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | January 6, 2014 |