1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | 2:10-CR-00458-JAM

12 |          Plaintiff,              |
                                      | FINAL ORDER OF FORFEITURE
13 |     v.                           |

14 | PAUL "Yoshi" MOORE, et al.,      |

15 |          Defendants.             |

16

17     WHEREAS, on or about July 28, 2011, this Court entered a Preliminary Order of

18 Forfeiture pursuant to the provisions of 18 U.S.C. § 1594(d)(1), based upon the plea

19 agreement entered into between plaintiff and defendant Paul Moore forfeiting to the

20 United States the following property:

21     (a)  Dell Inspiron Laptop, SN 1CHTW71 and battery and powercord;
       (b)  Toshiba, Prtage 3500 Laptop, SC 73138552PU with battery and
22          powercord;
       (c)  SONY Clie, SN 29031930-300253;
23     (d)  Sony DSLR A100K w/accessories SN S01-0742861-E;
       (e)  Canon EDS Camera w/accessories, SN 2360505407;
24     (f)  HP CPU Media Center PC M7000, SN MXK527108N
            w/powercords, keyboards, and monitor;
25     (g)  Sony Memory Stick;
       (h)  Sandisk Cruzer Drive;
26     (i)  Sandisk Flash Cards;
       (j)  Motorola Flash Drive;
27     (k)  Kingston Flash Drive;
       (l)  Guration Flash Drive;
28     (m)  Sprint Aircard, SN x272296075410;

                                    1
                                                          Final Order of Forfeiture

   (n) D-Link PC Card, SN RE1A069487;
   (o) 24 computer disks;
   (p) Dell Inspirion Laptop, SN TWO4E641-128000-22L-0888 w/powercord;
   (q) HP Vectra CPU, SN VS02508140, w/powercord;
   (r) HP Pavilion CPU, 5040, SN US61002124, w/powercord, keyboard and monitor;
   (s) Compaq laptop, SN 1V27KQF2646F;
   (t) Dell Laptop with powercord, SN DS/N CN-C4P240-488155-296-0541;
   (u) Dell laptop with powercord, #99050, PIN #6274;
   (v) Dell Inspiron laptop, #80045-558-771-855;
   (w) I-Pod with charger, SN 2CD5230KY1; and
   (x) Tripods, Monopods, and photolamps.

AND WHEREAS, beginning on August 2, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 1594(d)(1), to be disposed of according to law, including all right, title, and interest of Paul Moore.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 24th day of July, 2015.

          /s/ John A. Mendez
          JOHN A. MENDEZ
          United States District Court Judge

Final Order of Forfeiture